IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL GUILLERMO CHAVEZ-QUEZADA (BOP #63475080), § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-06-1650 |
| § | |
| EFRAIN DE JESUS, *et al.*, § § § | |
| Defendants. § | |

## **FINAL JUDGMENT**

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice as frivolous.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on **May 19, 2006.**

Nancy F. Atlas
United States District Judge

060519.1635